NO. 07-07-0269-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 22, 2007

______________________________

GUY L. M. FLOYD, F.P.C.S., INC., FLOOR P.C.S., LTD.,

AND FLOORS, INC., APPELLANTS

V.

PHILIP VIPOND, APPELLEE

_________________________________

FROM THE 150
TH
 DISTRICT COURT OF BEXAR COUNTY;

NO. 2004-CI-14903; HONORABLE JANET P. LITTLEJOHN, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ. 

ON MOTION TO DISMISS

Appellants/Cross-Appellees Guy L. M. Floyd, F.P.C.S., Inc., Floor P.C.S., Ltd., and Floors, Inc., and Appellee/Counter Appellant Philip Vipond, each have filed Voluntary Motions to Dismiss.  No decision of this Court having been delivered to date, we grant the motions.  All costs of this appeal are assessed against the party incurring the same.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).   No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

         Justice